UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------------x
                                 :

IN RE:                                :

BARCLAYS LIQUIDITY CROSS AND HIGH    :
FREQUENCY TRADING LITIGATION        :        14-MD-2589 (JMF)
                                 :
*This Document Relates to City of Providence, Rhode* :
*Island, et al. v. BATS Global Markets, Inc., et al., No.* :
*1:14-cv-02811-JMF (Consolidated)*         :
                                 :

------------------------------------------------------------------x

## BARCLAYS CAPITAL INC.'S RULE 7.1 DISCLOSURE STATEMENT

        Pursuant to Federal Rule of Civil Procedure 7.1, defendant Barclays Capital Inc.,

by and through its undersigned counsel, discloses that it is a subsidiary of Barclays Group US

Inc., which is in turn a subsidiary of Barclays Bank PLC, which is in turn a subsidiary of

defendant Barclays PLC, and that no other publicly traded company owns 10% or more of the

stock of defendant Barclays Capital Inc.


Dated: January 23, 2015
       New York, New York

Respectfully submitted,

/s/ Jeffrey T. Scott
Jeffrey T. Scott
SULLIVAN & CROMWELL LLP
125 Broad Street
New York, New York  10004
Telephone:  (212) 558-4000
Facsimile:  (212) 558-3588
scottj@sullcrom.com

*Attorney for Defendant Barclays Capital Inc.*